

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **ReliaQuest, LLC** |
| Bankruptcy Case: | **Armstrong Flooring, Inc.** |
| Preference Period: | **Feb 7, 2022 - May 8, 2022** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Armstrong Flooring, Inc. | Armstrong Flooring, Inc. | ACH:3/18/2022 | $100,700.00 | 3/18/2022 | CINIV-10001941 | 1/15/2022 | $100,700.00 |
| **Totals:** | | **1 transfer(s),** | **$100,700.00** | | | | |